

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00417-CV

| | | |
|---|---|---|
| JESSE JAMES FITNESS, LLC, OUTLAW BOOTCAMP OF MCKINNEY, LLC, OUTLAW BOOTCAMP FRANCHISE, LLC, OUTLAW BOOT CAMP, A TEXAS LIMITED LIABILITY COMPANY, JESSE J. LEYVA, INDIVIDUALLY, OUTLAW FITCAMP FRANCHISE, LLC, OUTLAW FITCAMP, LLC, AND OUTLAW LIFE, LLC, Appellants | § § § § § | On Appeal from the 362nd District Court

of Denton County (18-2672-362)

February 20, 2020

Opinion by Chief Justice Sudderth |

V.

FLOSSIE STILES, INDIVIDUALLY,
Appellee

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By ____/s/ Bonnie Sudderth_____
     Chief Justice Bonnie Sudderth